**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tursunboy Dusbekov            CHAPTER 13
             Debtor(s)

BKY. NO. 25-10984 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of CSMC 2022-NQM6 Trust and index same on the master mailing list.

                               Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
14 Mar 2025, 15:41:42, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322