**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tursunboy Dusbskov | Case # 25-10984 |
| Debtor | CHAPTER 13 |

## MOTION OF DEBTOR FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS

AND NOW, comes the Debtor, Tursunboy Dusbekov, by and through his counsel, Charles Laputka, Esq., and files the within Motion for Extension of Time Pursuant to Bankruptcy Rule 1007(c) and avers as follows:

1. Debtor filed a Voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code on March 12, 2025 to stop a Sheriff Sale from occurring in Bucks County on his real estate on March 14, 2025.

2. Debtor's Schedules and related documents are due to be filed by March 26, 2025.

3. The records that the Debtor needs to assemble to complete the documents will take substantially more than the period provided by Rule 1007(c).

WHEREFORE, Debtor, through his counsel, respectfully request this Honorable Court enter an order granting an extension of time for Debtor to compose and file the remaining documents.

Respectfully Submitted,

Date: March 25, 2025

By: */s/Charles Laputka, Esquire*
CHARLES LAPUTKA, Esquire
PA I.D. No. 91984
Attorney for Debtor
1344 W. Hamilton St.
Allentown, PA 18102
Phone: (610)477-0155
Fax: (484) 350-3581
claputka@laputkalaw.com