*Form OL243* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Tursunboy Dusbekov<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25–10984–amc<br><br>Chapter: 13 |

## **ORDER**

    **AND NOW**, upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, it is hereby

    **ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before  __April 9, 2025__ .

Date:  March 26, 2025

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court