United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                         Case No. 25-10984-amc

Tursunboy Dusbekov                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                  User: admin                                                Page 1 of 1

Date Rcvd: Mar 26, 2025                                   Form ID: pdf900                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tursunboy Dusbekov, 4570 Summer Hill, Doylestown, PA 18902-8802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2025                                    Signature:                 /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Tursunboy Dusbekov claputka@laputkalaw.com<br>jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2022-NQM6 Trust bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

Form OL243 (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Tursunboy Dusbekov  )   Case No. 25–10984–amc
   )
   )
Debtor(s).  )   Chapter: 13
   )
   )

## ORDER

    AND NOW, upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, it is hereby

    ORDERED that the motion is GRANTED and the debtor(s) may file their documents on or before April 9, 2025.

Date: March 26, 2025

Ashely M. Chan
Chief Judge, United States Bankruptcy Court