United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10984-amc |
| Tursunboy Dusbekov | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 03, 2025 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tursunboy Dusbekov, 4570 Summer Hill, Doylestown, PA 18902-8802 |
| 14986911 | + | Aziza Farmonova, 4570 Summerhill Drive, Doylestown, PA 18902-8802 |
| 14988009 | + | CSMC 2022-NQM6 Trust, c/o Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14986918 | | Portfolio Recovery Assoc, Riverside Commerce Center, Norfolk, VA 23502 |
| 14986920 | | Toyota Financial Services, Credit Dispute Team, Cedar Rapids, IA 52409 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 04 2025 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| NONE | + | Email/PDF: bncnotices@becket-lee.com | Jul 04 2025 00:12:33 | Toyota Motor Credit Corporation, c/o Becket and Lee, LLP, PO Box 3002, Dept MVS, Malvern, PA 19355-0702 |
| 14987743 | ^ | MEBN | Jul 03 2025 23:58:55 | CSMC 2022-NQM6 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15010757 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 04 2025 00:02:00 | CSMC 2022-NQM6 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14986912 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 04 2025 00:12:40 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14986913 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 04 2025 00:01:15 | JPMCB Auto Finance, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 14986914 | ^ | MEBN | Jul 03 2025 23:58:55 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15005929 | | Email/Text: bncmail@w-legal.com | Jul 04 2025 00:02:00 | Landmark Strategy Group, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 14986915 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 04 2025 00:11:45 | LVNV Funding LLC, Care Of Resurgent Capital Services L.P, PO Box 1269, Greenville, SC 29602-1269 |
| 15002001 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 04 2025 00:12:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14986916 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 04 2025 00:02:00 | Midland Credit Management Inc, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 15007570 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 04 2025 00:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14986917 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 04 2025 00:02:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15003963 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 04 2025 00:12:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15003021 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 04 2025 00:13:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14989186 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jul 04 2025 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14986919 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Jul 04 2025 00:02:00 | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115 |
| 14990589 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Jul 04 2025 00:12:39 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Tursunboy Dusbekov claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2022-NQM6 Trust bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor CSMC 2022-NQM6 Trust bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS FRANCIS GALLAGHER | on behalf of Toyota Motor Credit Corporation tgallagher@becket-lee.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jul 03, 2025 Form ID: pdf900 Total Noticed: 23
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Tursunboy Dusbekov

Debtor

Chapter 13

Bankruptcy No. 25-10984-AMC

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 3, 2025**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE